JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ROCIO HERRERA (CA Bar No. 237139)
rherrera@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
CHASE HOME FINANCE LLC, JP MORGAN CHASE BANK, N.A., erroneously sued as J.P. MORGAN CHASE BANK, U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR LEHMAN BROTHERS STRUCTURED ASSET SECURITIES CORPORATION SASCO 2006-BC2, erroneously sued as U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN BROTHERS SECURITY CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL  DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRUCE HADLEY, STEPHANIE Y. HADLEY,<br><br>          Plaintiffs,<br><br>v.<br><br>BNC MORTGAGE, INC., LEHMAN BROTHERS ASSET SECURITIES CORPORATION, LEHMAN BROTHERS REALTY CORP., CHASE HOME FINANCE LLC, ACCELERATED FUNDING, INC., TRACEY TINDLE, OPTION ONE MORTGAGE COMPANY, J.P MORGAN CHASE BANK, LEHMAN BROTHERS BANK, FSB, U.S. BANK NATIONAL ASSOCIATION as Trustee for Lehman Brothers Securities Corporation, Lehman Brothers Realty Corp., and BNC, Asset SECURITIES, | **CASE NO.: CV08-2674 R (CTx)**<br><br>**JUDGE:**    Hon. Manuel L. Real<br><br>JUDGMENT<br><br><br>**Action Filed:**       4/23/08 |

| | |
|---|---|
| 1 | Asset Backed Passed-Through Certificate, Under The Pooling And Servicing Agreement Without Recourse, NDEx WEST, LLC as Trustee to Chase Home Finance, LLC, T.D. SERVICE COMPANY, Trustee to BNC Mortgage, Inc., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), and DOES 1 through 99, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

On September 2, 2008, this Court granted the Motion of defendants Chase Home Finance LLC ("Chase"), JPMorgan Chase Bank, N.A., erroneously sued as JP Morgan Chase Bank ("JPMorgan"), and U.S. Bank National Association, Trustee for Lehman Brothers Structured Asset Securities Corporation SASCO 2006-BC2, erroneously sued as U.S. Bank National Association, as Trustee for Lehman Brothers Securities Corporation ("USBank," collectively Defendants") to Dismiss the First Amended Complaint of plaintiffs Bruce Hadley and Stephanie Y. Hadley (collectively "Plaintiffs" or "Hadleys").  The Court found that Plaintiffs cannot state any claim against Defendants.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' First Amended Complaint is dismissed with prejudice as to Chase, JPMorgan, and USBank.  The Court orders that Judgment is entered in favor of Chase, JPMorgan, and USBank and against Plaintiffs, and each of them.

DATED:  September 08, 2008          By: _____
                                        Manuel L. Real
                                        Judge, United States District Court

1061363.1

2
JUDGMENT