| | | |
|---|---|---|
| 1 | ERIC D. HOUSER (SBN 130079) | No JS-6 |
| 2 | JEFFREY S. ALLISON (SBN 173620)<br>HOUSER & ALLISON | |
| 3 | A Professional Corporation<br>9970 Research Drive | |
| 4 | Irvine, California 92618<br>Telephone:  (949) 679-1111 | |
| 5 | Facsimile:    (949) 679-1112 | |
| 6 | Attorneys for Defendants,<br>BNC MORTGAGE, LLC, erroneously sued herein as BNC MORTGAGE, INC.; | |
| 7 | LEHMAN BROTHERS ASSET SECURITIES CORPORATION; LEHMAN<br>BROTHERS REALTY CORP.; LEHMAN BROTHERS BANK, FSB | |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | | |
|---|---|---|
| BRUCE HADLEY, STAPHANIE Y. HADLEY, | ) | Case No.: CV08-2674 R(CTx) |
| | ) | Honorable Manuel L. Real |
| Plaintiffs, | ) | **JUDGMENT OF DISMISSAL OF DEFENDANTS BNC AND LEHMAN** |
| v. | ) | |
| BNC MORTGAGE, INC., LEHMAN BROTHERS ASSET SECURITIES CORPORATION, LEHMAN BROTHERS REALTY CORP., CHASE HOME FINANCE, LLC, ACCELERATED FUNDING, INC. TRACEY TINDLE, OPTION ONE MORTGAGE COMPANY, J.P. MORGAN CHASE BANK, LEHMAN BROTHERS BANK, FSB, U.S. BANK NATIONAL ASSOCIATION as Trustee For Lehman Brothers Securities Corporation, Lehman Brothers Realty Corp., and BNC, Asset SECURITIES, Asset Backed Passed-Through Certificate, Under the Pooling And Servicing Agreement Without Recourse, NDEx WEST, LLC as Trustee to Chase Home Finance, LLC, T.D. SERVICE COMPANY, Trustee to BNC Mortgage Inc., MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. (MERS), and DOES 1 through 99 | ) | No JS-6 |
| Defendants. | ) | |

**[PROPOSED] JUDGMENT**

C:\Tmp\Domino Web Access\PROPJUD.doc

The Court, having granted the Motion to Dismiss Plaintiffs' Second Amended Complaint (Docket #72) by Defendants BNC MORTGAGE, LLC, LEHMAN BROTHERS ASSETS SECURITIES CORPORATION, LEHMAN BROTHERS REALTY CORP., and LEHMAN BROTHERS BANK, FSB (collectively "Defendants"),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

Judgment is entered and Defendants are dismissed from this action with prejudice.

DATED: November 6, 2008  _____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 9970 Research Drive, Irvine, California 92618.

On November __, 2008, I served the following document described as:

**[PROPOSED] JUDGMENT OF DISMISSAL OF DEFENDANTS BNC AND LEHMAN**

On the following interested parties in this action:

Bruce Hadley
Stephanie Y. Hadley
37510 Royal Court
Palmdale, CA 93552
*Plaintiffs in Pro Se*

S. Christopher Yoo
Adorno Yoss Alvarado & Smith
1 MacArthur Place, Suite 200
Santa Ana, CA 92707
*Attorneys for Chase, JPMorgan Chase,*
*U.S. Bank*

**[X]**  VIA MAIL -- By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on November __, 2008, at Irvine, California.

_____
Sherie L. Cleeré

---

**[PROPOSED] JUDGMENT**
1

C:\Tmp\Domino Web Access\PROPJUD.doc