JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
CHASE HOME FINANCE LLC, JP
MORGAN CHASE BANK, N.A.,
erroneously sued as J.P. MORGAN
CHASE BANK, U.S. BANK
NATIONAL ASSOCIATION,
TRUSTEE FOR LEHMAN BROTHERS
STRUCTURED ASSET SECURITIES
CORPORATION SASCO 2006-BC2,
erroneously sued as U.S. BANK
NATIONAL ASSOCIATION, AS
TRUSTEE FOR LEHMAN BROTHERS
SECURITY CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL  DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRUCE HADLEY, STEPHANIE Y. HADLEY, <br><br>            Plaintiffs, <br><br> v. <br><br> BNC MORTGAGE, INC., LEHMAN BROTHERS ASSET SECURITIES CORPORATION, LEHMAN BROTHERS REALTY CORP., CHASE HOME FINANCE LLC, ACCELERATED FUNDING, INC., TRACEY TINDLE, OPTION ONE MORTGAGE COMPANY, J.P MORGAN CHASE BANK, LEHMAN BROTHERS BANK, FSB, U.S. BANK NATIONAL ASSOCIATION as Trustee for Lehman Brothers Securities Corporation, Lehman Brothers Realty Corp., and BNC, Asset SECURITIES, Asset Backed Passed-Through Certificate, Under The Pooling And Servicing | **CASE NO.: CV08-2674 R (CTx)** <br><br> **JUDGE:**    Hon. Manuel L. Real <br><br> JUDGMENT <br><br><br> **Action Filed:**       4/23/08 |

_(vertical left margin)_ ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

1
JUDGMENT

1

Agreement Without Recourse, NDEx
WEST, LLC as Trustee to Chase Home
Finance, LLC, T.D. SERVICE
COMPANY, Trustee to BNC Mortgage,
Inc., MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
(MERS), and DOES 1 through 99,

2

3

4

5                    Defendants.

6

7          On November 17, 2008, this Court granted the Motion of defendants Chase

8    Home Finance LLC ("Chase"), JPMorgan Chase Bank, N.A., erroneously sued as JP

9    Morgan Chase Bank ("JPMorgan"), and U.S. Bank National Association, Trustee for

10   Lehman Brothers Structured Asset Securities Corporation SASCO 2006-BC2,

11   erroneously sued as U.S. Bank National Association, as Trustee for Lehman Brothers

12   Securities Corporation ("USBank," collectively Defendants") to Dismiss the Second

13   Amended Complaint of plaintiffs Bruce Hadley and Stephanie Y. Hadley (collectively

14   "Plaintiffs" or "Hadleys").  The Court found that Plaintiffs cannot state any claim

15   against Defendants because Plaintiffs' claims are barred by res judicata.

16          IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Second

17   Amended Complaint is dismissed with prejudice as to Chase, JPMorgan, and

18   USBank.  The Court orders that Judgment is entered in favor of Chase, JPMorgan, and

19   USBank and against Plaintiffs, and each of them.

20

21

22   DATED:  December 01, 2008          By: _____

23                                          Manuel L. Real
                                            Judge, United States District Court
24

25

26

27

28

1066022.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA